RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 AUG 19 A 9:30

TAMMY H. DOWNS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 19 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

AT THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

Ambassador Mike Parsons

V.     No. 2:22-CV-00098-LPR-ERE

UNITED STATES OF AMERICA, and STATE OF TENNESSEE

---

PETITIONERS OBJECTION TO MAGISTRATE RECOMMENDED DISPOSITION

AND

PETITION TO TRANSFER THIS MATTER TO THE SUPREME COURT FOR THE UNITED STATES

---

By Special Appearance Only, I Ambassador Michael Parsons of the Tsilhqot'in Nation-Country of Chilcotin hereby object to Magistrate Recommended Disposition pursuant to 28 U.S.C. §636(b)(1)(C), which states in part, "within 14 days after being served a copy any party may file objections thereto and a judge of the court shall make a denovo determination." Apparently the Magistrate is unaware of this statute as evidenced by his claim that this Objection "must be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation." It would appear that the Magistrate is of the opinion that I have access to the PACER system Noticecass to Court filings, however I am not due to being held captive in a U.S. Federal Prison. As such, until such time as when PACER is made available to those in Prison, and I highly encourage that as a standard for equal access to the Court, I will rely on the Courts taking Judicial Notice of the United States Code as aforementioned above and the fact I only received this Recommendation on July 29, 2022, and that by my placing this here Objection and Petition to Transfer into the mail box at the Forrest City, Low Federal Prison this August, 12, 2022, it is deemed as being filed timely.

1 of 3

OBJECTIONS;

1. This matter was originally filed as a "COMMON LAW" Habeas Corpus and not under 28 U.S.C. §2241 or any other statutory form of Habeas Corpus and as such, I have not waived any of my Rights or Immunities, including Diplomatic Immunity.

2. The designation of me in the original petition has been changed from my form, style and character of an Ambassador and a live man, into an unknown non-living entity with a reference to "Reg. ³30237-047" printed under that entity "MICHAEL WAYNE PARSONS" which is not me. As such, the Magistrate has failed to address my petition and recognize my form, style and character as an Ambassador and live man.

3. In his footnote on page 1, the Magistrate falsely believes the respondent is the former Warden DeWayne Hendrix who has not been a Warden at the Forrest City Federal Prison for about (2) years, pursuant to 28 U.S.C. §2242 and directs the Clerk to change my Petition. This is a Common Law Habeas Corpus, not statutory.

4. The Magistrate believes the U.S. District Court at Little Rock Arkansas is void of jurisdiction to address this issue because the issue was not addressed under 28 U.S.C. §2255 and because I did not show that a remedy under 28 U.S.C. §2255 was "inadequate or ineffective as required to collaterally attack his federal conviction." It should be clear that as an Ambassador, Article III §2 Clause 2 of the Constitution for the united States specifies that "In all Cases affecting Ambassadors,... and those in which a State shall be a Party, the supreme Court shall have original jurisdiction." As such, this matter should have been sent to the supreme Court for the United States in Washington D.C. Therefore, though not for his given reasons, the Magistrat is correct that the U.S. Distric Court for Arkansas at Little Rock DOES NOT HAVE JURISDICTION, which effectively lies with the supreme Court for the united States in Washington D.C. and as such, this matter should be transfered to the supreme Court and Petitioner HEREBY MOVES this Court to issue an ORDER TO TRANSFER THIS MATTER TO THE SUPREME COURT FOR THE UNITED STATES.

## CONCLUSION

In light of the Constitutional requirement that "in all cases affecting Ambassadors, ...and those in which a State shall be a Party, the supreme Court shall have original jurisdiction", which no statute can override, this matter must be transfered to the supreme Court and Petitioner hereby MOVES this Court to issue an ORDER thereto. Also, with the ongoing obstruction to correspondence and systematic restriction to access the Law Library by staff who claim a judge from this very Court said, "I will accept any petition, even written on toilet paper in blood", I am sure it was not the intent of that justice that we use our blood and toilet paper as a minimum standard for adequate resources for preparing meaningful legal documents and hereby MOVE this Court to issue an ORDER that the Forrest City Prison activate the access to the Lexis-Nexis Federal and State Case Database and Word Processor on every computer in All Housing Unit as well as access to the PACER system as required for assuring equal access to the Court. This will guarantee timely notification of Court Orders and also eliminate the prison manufactured hindering of access to legal resources in the Law Library during lockdowns. Only then will this facility understand the true definition intended by the supreme Court in Bounds v. Smith (1977) when it specified providing resources for the production of Meaningful Legal Petitions. Further objections to false information in the Magistrates "BACKGROUND" section, controlling judicial opinion and law will be provided in a Memorandum and Addendum subsequent to reopening of the Law Library.

## CERTIFICATE OF SERVICE

I, Ambassador Mike Parsons hereby Certify that this Petition in Objection to the Magistrate's Recommendation, Petition to Transfer this matter to the supreme Court and Motions to ORDER Forres tCity Federal Prison to provide access to Lexis-Nexis Federal and State Case Database, Word-Processor and PACER System on all computers in All housing Units was placed into the mail system, 1st Class Postage paid this 12th of August 2022 and per Federal Rules is considered filed this day.

_/s/ ALL RIGHTS RESERVED_
Ambassador Mike Parsons
Tsilhqot'in Nation-Country of Chilcotin
c/o FOR-LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas 72336

' Diplomatic Credentials attached

 

PO Box 115, Anahim Lake, BC, Canada V0L 1C0
Ph: 250-394-7042 or 250-305-8704

## Tsilhqot'in Nation's Letter of Appointment to Tribal Membership

Pursuant to the *Universal Supreme Court Act* section 15, Practice Directives of Chief Justice, Rule 3 and by virtue of Michael Wayne Parsons appointment as Associate Justice of the Universal Supreme Court of the Tsilhqot'in, full Tribal Membership to the sovereign Tsilhqot'in Nation of the sovereign Tsilhqot'in Territory, with all rights, privileges and responsibilities of the sovereign Tsilhqot'in Nation is hereby conferred. Full tribal membership is also hereby conferred upon the family of Michael Wayne Parsons as per Rule 3 of Practice Directives of the Chief Justice of the Universal Supreme Court.

This Tsilhqot'in Nation's Letter of Appointment authorizes and enables you and your family to travel freely without interference, obstruction or restraint across borders as an Internationally Protected Person having full Diplomatic Immunity and protections afforded under the *Vienna Convention of Diplomatic Relations*, the *Jay Treaty* and the *Constitution of the Tsilhqot'in Nation*.

It is hereby enjoined upon you as Associate Justice of the Universal Supreme Court and full Tribal Member of the Tsilhqot'in Nation to serve the Tsilhqot'in people with pride, devotion and sincerity, abiding by the laws and jurisdiction of the sovereign Tsilhqot'in Nation. We hereby congratulate you on your appointment as Associate Justice and therefore a full Tribal Member of the host Tsilhqot'in Nation and with great pleasure welcome you and your family as a permanent adopted relation!

Dated: December 13, 2015

Respectfully,

*[signature]*

The Honourable Chief Justice of the
Universal Supreme Court of the Tsilhqot'in



Case 2:17-cr-20243-SHL   Document 35-1   Filed 12/14/18   Page 1 of 8   PageID 205

https://ceac.state.gov/GenNIV/general/ccign/complete_done.aspx?no...

**Online Nonimmigrant Visa Application (DS-160)**

**Confirmation**

A A 0 0 6 N W 0 7 6

| | |
|---|---|
| Name Provided: | PARSONS, USCT CHIEF JUSTICE MICHAEL |
| Date Of Birth: | 05 MAY 1961 |
| Place of Birth: | MEMPHIS, UNITED STATES OF AMERICA |
| Gender: | Male |
| Country/Region of Origin (Nationality): | CHILCOTIN TSILHQOT'IN |
| Passport Number: | 0000 |
| Purpose of Travel: | AMBASSADOR OR PUBLIC MINISTER (A1) |
| Completed On: | 19 JAN 2017 |
| Confirmation No: | AA006NW076 |

Location Selected:
VAC
U.S. Consulate General Vancouver
1075 West Pender Street
Vancouver, BC V6E 2M6

Version 01.02.03

Please provide to:
Justice Michael Parsons
Fax # 308-995-3101

1 of 2

18/01/2017 9:04 PM

05/08/2017 12:45    2503986518                              STAPLES STORE 172                   PAGE  01/14
From:                                                             05/05/2017 11:42      #270 P.002/002



April 24, 2017

All Authorities of the United States of America

RE: Ambassador and Associate Chief Justice Michael Parsons

To Whomever It May Concern:

Ambassador and Associate Chief Justice Michael Parsons is a Tsilhqotin Tribal member and a member of the Chilcotin National Congress in the Country of Chilcotin (formerly British Columbia, Canada). Michael Parsons is not a US citizen.

Michael Parsons has diplomatic immunity based on the appointment to the position of Ambassador by Hereditary Grand Chief of the Tsilhqotin Nation, Country of Chilcotin, Stanley Stump, Sr. on January 01, 2016 and based on the Vienna Convention on Diplomatic Relations, Article 89, which states that upon appointment by the Country to the position of Ambassador, they are recognized and have diplomatic immunity.

Ambassador Michael Parsons has been exonerated of all prior convictions and charges from the United States, by the Universal Supreme Court of the Chilcotin which under the rules of reciprocity and the Constitution of the Chilcotin National Congress (www.universalsupremecourt.org) must be upheld by the United States and abroad.

Therefore, based on all of the above, I, Hereditary Grand Chief Stanley Stump, Sr. request the immediate release of Ambassador Michael Parsons from detention, in accordance with the Vienna Convention on Diplomatic Relations.

*[signature]*

Hereditary Grand Chief Stanley Stump, Sr.

Box 228, Highway 20, Alexis Creek, BC V0L 1A0      Phone: (250) 394-7042

# Tsilhqot'in Identification



**Country Of Chilcotin**
orized By: Chilcotin National Congress

ffective Date JULY.01.2016



**Name:** Michael Wayne Parsons
**Status:** Tribal Member
**Position:** Ambassador/Justice/Diplomat
**International Travel Rights:**
Jay Treaty/Internationally Protected Person



DEFENDANT'S EXHIBIT