AT THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

Michael Wayne Parsons
Petitioner

2:22-cv-00098-LPR

v.

UNITED STATES OF AMERICA,
STATE OF TENNESSEE
Respondent(s)

No. 2:22-cv-2247-MSN-tmp

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 9 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

NOTICE OF OBSTRUCTION OF JUSTICE

PETITION FOR ORDER DIRECTING AGENTS OF RESPONDENT UNITED STATES OF AMERICA TO
CEASE AND DESIST ANY FURTHER OBSTRUCTIVE ACTS

By Special Appearance Only, petitioner, Ambassador Mike Parsons hereby serves NOTICE of Obstruction of Justice by agent(s) of respondent UNITED STATES OF AMERICA. Including;

1. On or about April 18, 2022 I was advised that the Clerk of this court mailed a Cerfified Copy of the Petition in this matter to me at the FCC-FORREST CITY LOW Federal Prison, but to date it has never been delivered.

2. On May 02, 2022 I authorized the prison to deduct and mail a check for $5.00 to the Clerk of this Court for the filing fee in this matter and on May 18, 2022, according to the Account Transaction printout, funds were withdrawn for that purpose but as of May 27, 2022, no check had been delivered to the Clerk so I was required to have my wife, Pat Parsons hand deliver the fee before the deadline.

Whereas these facts are a part of the Court Clerks records and according to the facts in my affidavit herein attached and the Account Transaction printout supporting these facts, the Agent(s) of respondent are engaged in a systematic manipulation of the mail and thereby are Obstructing my access to redress of this matter in this court. Therefore, I respectfully MOVE this Court to issue and ORDER DIRECTING RESPONDENT TO CEASE AND DESIST FURTHER OBSTRUCTIVE ACTS. (See Affidavit and Account Transaction Printout)

Respectfully submitted this 27th Day of May 2022.

_____ ALL RIGHTS RESERVED
Ambassador Mike Parsons, all rights and immunities reserved.
Tsilhqot'in Nation-Country of Chilcotin
c/oFCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]

1 of 2

CERTIFICATE OF SERVICE

I, Ambassador Mike Parsons of the sovereign Tsilhqot'in Nation-Country of Chilcotin to the United States of America, do hereby certify that the foregoing;

NOTICE OF OBSTRUCTION OF JUSTICE
and
PETITION FOR ORDER DIRECTING AGENTS OF RESPONDENT UNITED STATES OF AMERICA TO CEASE AND DESIST ANY FURTHER OBSTRUCTIVE ACTS

was placed into the institutional system for outgoing mail with the Unit W-A staff by placing this document into the mail box in the unit with 1st Class and Certified mail postage paid thereon this mailing and per Federal Rules, is deemed filed today this 27th day of May 2022. Be advised that the foregoing was mailed to the attention of the Clerk of the Court for the U.S. District Court for the Western District of Tennessee, Western Division at Memphis, 167 North Mail, Memphis Tennessee [38103].

Be advised that this Notice, Petition and Certificate of Service is not, and should not be construed as any form of waiver of any of my rights or immunities, including but not limited to diplomatic immunity as an ambassador of a foreign country and as an Internationally Protected Person.

Respectfully submitted this 27th day of May, 2022.

*ALL RIGHTS RESERVED*
Ambassador Mike Parsons, all rights and immunities reserved.
Tsilhqot'in Nation-Country of Chilcotin
c/o FCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]

2 of 2

AFFIDAVIT of Ambassador Mike Parsons

I, Ambassador Mike Parsons of the sovereign Tsilhqot'in Nation-Country of Chilcotin hereby attest to the following facts I have witnessed and know to be true.

1. On or about April 18, 2022 I was advised that the Clerk of the U.S. District Court for the Western District of Tennessee, Western Division at Memphis mailed a Certified Copy of the Petition filed in the matter of Michael Wayne Parsons v. UNITED STATES OF AMERICA and STATE OF TENNESSEE, Case No. 2:22-cv-2247-MSN-tmp, to me at FCC-FORREST CITY LOW Federal Prison in Forrest City Arkansas.

2. As of May 27, 2022 I have not received the aformentioned Petition from the Clerk of the U.S. District Court for Case No. 2:22-cv-2247-MSN-tmp.

3. On May 02, 2022 I authorized FCC-FORREST CITY to deduct $5.00 from my account and forward it to the Clerk of the Court for the filing fee in the aforementioned case.

4. According to the TRULINCS Account Transaction printout, funds were available at the time I submitted the authorization to deduct $5.00 for the filing fee, however, according to the Account Transaction printout, the funds were not withdrawn for the check until May 18, 2022.

5. Due to the fact the check was never received by the Clerk of the Court in this matter, I was required to have my wife, Pat Parsons hand deliver the filing fee on May 27, 2022 to the Clerk of the Court in order to meet the deadline

6. Since arrival into the Federal Prison system I have experienced a systematic manipulation of the mail sent to me as well as my outgoing correspondence.

7. I have filed grievances with the prison as well as with the Inspector General with no response.

8. It is my experience that all of my correspondence, including diplomatic correspondence and legal mail is opened outside of my presence even though the correspondence is clearly marked *Diplomatic Correspondence* Vienna Convention on Diplomatic Relations Article 30.2, "His correspondence and papers shall likewise be inviolable." and designated as *Special/Legal Mail* and Open in the presents of the inmate only, as required by the Bureau of Prisons Program Statement.

9. Since the beginning of April, all of my request to date for a notary or a Case Manager to verify my signature on legal documents and affidavits has been denied by all of the Case Managers in the Unit I am assigned to for purposes of case load as well as the Unit Managers and the Associate Warden. As such, access to notarize those documents as well as this one has been denied and effectively obstructing my ability to access the court and government agencies and government officials for official business and redress of grievances.

FURTHER AFFIANT SAITH NOT ... ALL RIGHTS RESERVED

Ambassador Mike Parsons
Tsilhqot'in nation-Country of Chilcotin
c/o FCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 30237047  Inmate Name: PARSONS, MICHAEL WAYNE  Available Balance: $54.90

| Date | Reference # | Transaction Type | Sender Last name | Amount |
| --- | --- | --- | --- | --- |
| 05/25/2022 | TL0525 | TRUL Withdrawal | | -$2.00 |
| 05/25/2022 | 73 | Sales | | -$3.15 |
| 05/25/2022 | 72 | Sales | | -$32.35 |
| 05/25/2022 | TL0525 | TRUL Withdrawal | | -$2.00 |
| 05/23/2022 | TL0523 | TRUL Withdrawal | | -$2.00 |
| 05/23/2022 | 70159303 | Lockbox - CD | | $75.00 |
| 05/20/2022 | TL0520 | TRUL Withdrawal | | -$2.00 |
| 05/18/2022 | TL0518 | TRUL Withdrawal | | -$2.00 |
| 05/18/2022 | 29 | Sales | | -$26.50 |
| 05/18/2022 | 7175 | Court Fees | | -$5.00 |
| 05/18/2022 | 7175 | BP 199 Request - Released | | $5.00 |
| 05/16/2022 | TL0516 | TRUL Withdrawal | | -$2.00 |
| 05/11/2022 | 83 | Sales | | -$6.50 |
| 05/11/2022 | 82 | Sales | | -$5.15 |
| 05/11/2022 | 81 | Sales | | -$84.80 |
| 05/09/2022 | TL0509 | TRUL Withdrawal | | -$2.00 |
| 05/06/2022 | TL0506 | TRUL Withdrawal | | -$2.00 |
| 05/04/2022 | TL0504 | TRUL Withdrawal | | -$5.00 |
| 05/04/2022 | 70158001 | Lockbox - CD | WEBSTER | $100.00 |
| 05/02/2022 | 7175 | BP 199 Request | | -$5.00 |
| 05/02/2022 | TL0502 | TRUL Withdrawal | | -$2.00 |
| 04/29/2022 | TL0429 | TRUL Withdrawal | | -$2.00 |
| 04/29/2022 | TL0429 | TRUL Withdrawal | | -$2.00 |
| 04/29/2022 | 70157701 | Lockbox - CD | | $70.00 |

Inmate #: 30237047