AT THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

Ambassador Mike Parsons
Petitioner
V.                                    No. 2:22-CV-00098-LPR-ERE

UNITED STATES OF AMERICA, and STATE OF TENNESSEE
Respondent(s)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0.9 2023

TAMMY H. BOWNS, CLERK
By: _____
                DEP CLERK

EMERGENCY

PETITION FOR TEMPORARY RESTRAINING ORDER,
MANDATORY INJUNCTION AND DECLARATORY RELIEF,
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 57, 65, 28 U.S.C. §§2201 and 2241.

By Special Appearance Only, I Ambassador Mike Parsons of the Tsilhqot'in Nation-Country of Chilcotin, hereby MOVE this Honorable Court to issue a Temproary Restraining ORDER and Mandatory Injunction barring Agents of the Respondent United States of America, and more specifically, Staff of the Forrest City Low Federal Prison or any other under the control of Respondent, from forceably injecting me with any chemical procedure, Test for TB or any other Injection what-so-ever.

In support of this Emergency Petition, petitioner would submit the Affidavit of the only living witness to Petitioners history of severe allergic reactions to vaccines that began when Petitioner was a child and at that time he was advised not to take any vaccines or any test or medications containing adjuvants via an injection, whereas he suffered severe health problems as a result of being given a Measles-Mumps-Rubella, (MMR) vaccination and the resulting injuries from the MMR vaccine caused him to have to repeat the 3rd grade. (See Affidavit of Clete Webster.)
Whereas the Bureau of prisons policy recognizes contraindication or adverse reactions to things such as Penecillin and other chemicles normally used, and the policy requires medical staff to use alternative methods of treatment or test, in my case, they are willfully ignoring their own policy in retaliation of my filing complaints of prior

1.

abuse by Bureau of Prison (BOP) staff, in violation of their policy PS1210.24(7)(a) Class (1) & (2), Physical Abuse, False Statements, Falsification of Documents, Discrimination accompanied by Violence and Physical Force.

## HISTORY OF PRIOR ABUSE BY FORREST CITY MEDICAL STAFF

On December 17, 2021, I was assaulted by Fprrest City Prison staff, whereby I was shackled and strapped to a chair by a 6-man goon squad who's identity was consealed by their helmets and no names were listed on their jackets. I was injected with an unknown substance in my left forearm against my will by nurse PHILLIPS. At that time, my blood pressure was reported to be 160/100. I experienced severe headachs for days, ongoing fatigue, exhaustion, memory loss and balance for months since the injection. My request for proof of what was injected into me was ignored as well as the names of the staff involved in the assault. My Administrative Remedy Petition with those request as well as a copy of the Order for the assault was ignored at every level of the Process and the issue of staff violation of policy and law were never addressed.

This is a matter of ongoing abuse of policy related to TB testing and the records being scrubbed of all notification of my history of being vaccine injured by the very adjuvants in the AVARTIS TB Test Injection and the (3) alternative TB Test that are non-invasive and more accurate. Those being the original (sputum test), the recently approved (Breathalizer Test) and the Urine Test), all of whic hare more accurate that the AVARTIS Injection which has a 50% false negative result. Irregardless, there is a record of a severe allergic reaction from 2019 in my Grievances wherein I reported severe flu-like symptoms and pneumonia from being forceably injected with the same TB Test while at the Memphis Federal Prison. In that case, I almost died and the medical staff offered no help and covered-up their crime. Prior to being put into the BOP, all other facilities respected my medical history and the fact I have never had TB and in otherwise perfect health, having not seen a doctor since 1985, forgoed TB testing on me.

2.

## IMMINENT NEED FOR INJUNCTION AND DECLARATORY RELIEF

Do to the fact I was advised I would be required to report to the Medical Clinic at 0900 on December 14, 2022 to see nurse PHILLIPS, who does the TB testing, it is clear that they are intending to forceably inject me once again with the TB test to further damage my already compromised immune system. This schedual, occuring (2) weeks after I filed a Grievance on Officer LEATHERS, the staff who assaulted me a year ago, and who stated "I look forward to you being sent the the SHU when you refuse your TB test so I can through all that legal stuf of yours in the "Hot Trash." LEATHERS is the officer who assaulted me by cutting my wrist with hand cuffs and slamming the steal cell door against me as I walked into the cell. Again, although I filed a grievance against LEATHERS, I have yet to receive a final disposition from the BOP. As such, this urgent matter also requires immediate action by the Court to not only prevent the forced injection of a chemical that I have a history of severe allergic reaction to and is otherwise contraindicated and can be fatal, but a Restraining Order to stop LEATHERS from making good on his threat to distroy my legal material for this case.

## CONCLUSION

Whereas this is an Emergency situation that is not only life threatening but also targeted at distroying my access to present my case to the Court for redress, I hereby MOVE this COURT to Issue and ORDER FOR A TEMPORARY RESTRAINING ORDER and MANDATORY INJUNCTION BARRING AGENTS OF THE RESPONDENT, INCLUDING BOP STAFF OR OTHERS FROM FORCEABLY INJECTING PETITIONER WITH ANY CHEMICAL FOR TESTING OF TB OR ANY OTHER INJECTION WHAT-SO-EVER, and to PREVENT BOP STAFF OR OTHERS FROM TOUCHING OR DISTROYING PETITIONERS LEGAL MATERIAL, for good cause shown and in the interest of justice.

## CERTIFICATE OF SERVICE

I, Ambassador Mike Patrsons hereby Certify that this EMERGENCY PETITION FOR TEMPORARY RESTRAINING ORDER, MANDATORY INJUNCTION AND DECLARATORY RELIEF was placed into the outgoing mail box with 1st Class and Certified mail Postage paid this 13th day of December 2022 and per Federal Rules is considered filed this day as well as if filed by a friend per Federal Rules for 28 U.S.C. 2241, is also considered filed by me. All rights, Immunities and Privileges reserved as an Ambassador per 18 U.S.C. §1116(b).

_____ All Rights Reserved.
Ambassador Mike Parsons
Tsilhqot'in Nation-Country of Chilcotin
c/o FOR-LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas 72336

4.

## Affidavit of Clete Webster

I, Clete Webster do hereby affirm that I am a witness to the following facts regarding my son Michael Wayne Parsons.

1. While in the third grade at Corning Elementary School in Memphis Tennessee, my son Michael Wayne Parsons was given a Measles-Mumps-Rubella, (MMR) vaccination which caused him severe health problems that initially appeared to be an allergic reaction to the MMR vaccine.

2. At that time he was examined by an immunologist and allergist and given hundreds of test to determine what he was allergic to over the course of several months.

3. The doctors determined that he was allergic to the chemicals in the vaccine as well as virtually every chemical known to man and that due to his reaction to the MMR vaccine, he should not have any more vaccines or injections of any kind.

4. As a result of his injuries from the MMR vaccine, he was required to repeat the 3rd grade.

5. Since that time, he has not had any vaccines or injection of any kind.

6. I do not recall the names of the doctors or the facility the test were done at now some 53 years later.

FURTHER AFFIANT SAITH NOT

_Clete Webster_
Clete Webster

Before me this 19th day of Aug 2022, the above signatory, a live woman, personally known to me or providing sufficient identification of her identity as Clete Webster, I, being a Notary Public of Shelby County County Tennessee did witness her SUBSCRIBE and AFFIRM to me this foregoing instrument as being true, correct and complete for the purposes expressed therein, and has set forth her signature thereupon this day.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES MAY 17, 2026
My Commission Expires _____

FOR 1330.13
October 9, 1998
Attachment A

✱SENSITIVE✱

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate's Name: __Ambassador Mike Parsons__        Date: __12/27/2021__

Register Number: __30237047__        Unit: __H-C-125U__

Specific Complaint (include date) and Requested Relief: On 12/17/2021 I was assaulted by FCC-FORREST CITY STAFF, whereby I was shackled and held down by 6-man goon squad who's identity was consealed by their helmets and no names were listed on their jackets. I was injected against my will by nurse Phillips with an unknown substance in my left forearm. At that time, my blood pressure was 160/100, I experienced severe headachs for 3 days and ongoing fatigue and exhaustion since the injection. I hereby request proof of what was injected into my arm, the names of all involved in the assault and a copy of any and all Orders for the assault, including all correspondence pertaining thereto and all Audio/Video/Statements and documentation pertaining to the assault. This matter pertains to an abuse of policy for TB testing when the records that support my contraindications to the TB injection caused severe injury to my immune system in 2019 when forceably injected at FCI-MEM and then staff falsified medical records.

Efforts Made By Inmate to Informally Resolve Grievance (be specific): Upon arrival I advised staff of my medical history that included being vaccine injured as a child and overexposed to radiation while working for FedEx and having Specialist in Immunology, Alergist and Radiology deem further exposure to those was Medically Contraindicated and could result in severe damage to my immune system or be fatal. I advised that I could do any of the 3 non-invasive alternative modalities of test that were available and approved including the Breathalizer, Urine and Sputum Test. Counselor's Comments: Howeve r, they ignored my unique medical history, the law and BOP policy that prohibits forcing any medical procedures upon an inmate that are Contraindicated, or punishing him if he refuses to volunteer any contraindicated medical procedures. This was a wilfull act of abuse and retaliation for my filing complaints of prior abuse by BOP staff, in violation of PS 1210.24(7)(a)Class (1) & (2)Physical abuse, False statements, Falsification of documents,Discrimination accompanied by violence and COUNSELOR"S COMMENTS:                                                                        physical force.

_____        _____
Correctional Counselor's Review Date              Unit Manger's Review Date

DATE BP-9 was ISSUED_____                                  Hu-11-6-98