**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0.9 2023

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

AT THE UNITED STATES DISTRICT COURT FOR ARKANSAS
EASTERN DISTRICT-DELTA DIVISION AT LITTLE ROCK

Ambassador Michael Parsons
Petitioner

V.                    No. 2:22-CV-00098-LPR-ERE

UNITED STATES OF AMERICA and STATE OF TENNESSEE
Respondent(s)

---

2nd NOTICE OF OBSTRUCTION OF JUSTICE AND PETITION FOR ORDERS THAT,
(1) AGENTS OF RESPONDENT CEASE AND DESIST FURTHER OBSTRUCTION, AND
(2) PETITIONER BE IMMEDIATELY RELEASED TO HOME CONFINEMENT OR RECOGNIZANCE.

---

By Special Appearance Only, I, Ambassador Michael Parsons hereby serve my 2nd NOTICE

of Obstruction of Justice, and MOVE this Court to issue an ORDER Directing Agents of

Respondent to Cease and Desist Further Obstruction.  And, having served (71) months

of an (84) month sentence for an unconstitutional charge of "Unlawful Possession of

a Firearm", 18 U.S.C. §922(g)(1), whereby I was actually innocent, possessed

Diplomatic Immunity, Respondents lacked standing, committed fraud, their lower courts

lacked jurisdiction and my being (61) years old with unique medical condition ignored

by Respondent's Agents, further confinement of me is not only a miscarrage of justice

but with the extraordinary and compelling reasons documented in my Compassionate

Release Request, also ignored by Respondent, Justice Demands, and I hereby MOVE this

Court to exercise its power to issue an ORDER for my Immediate Release to Home

Confinement or Recognazance, for Good-Cause-Shown and in the Interest-of-Justice.

In support of this petition for an ORDER Directing Agents of Respondent, UNITED STATES

OF AMERICA to Cease and Desist Further Obstruction, I present the following facts.

1. My 1st NOTICE of Obstruction of Justice in this matter sent Certified Mail, USPS
   Tracking #7021 2720 0003 0055 9171 on 05/27/2022 and delivered on 06/08/2022 at
   2:23pm was never responded to. See EXHIBIT #1.

2. My EMERGENCY PETITION for Temporary Restraining Order, Mandatory Injunction and
   Declaratory Relief sent Certified Mail, USPS Tracking #7021 2720 0003 0056 1655
   on 12/13/2022 and delivered on 12/19/2022 at 9:10am was never responded to.  And
   although Court staff claim it was never received, further investigation revealed a
   Postal Employee witnessed Court Clerk "A.D." receive it.  See EXHIBIT #2 & #3.

I hereby provide as EXHIBIT #4 an original copy of my 1st Notice of Obstruction of Justice sent to the U.S. District Court for the Western District of Tennessee at Memphis where this matter was originally filed, and as EXHIBIT #5 an original copy of my Emergency Petition for Temporary Restraining Order to this Court in Little Rock. Arkansas at the U.S. District Court for Arkansas, Eastern Division-Delta District.

In support of this petition for an ORDER for my Immediate Release to Home Confinement or Recognazance, I hereby provide as EXHIBIT #6 and original copy of my Request for Compassionate Release and hereby sight facts listed therein that were sent to Warden John P. Yates of the Forrest City Low Federal Prison on June 17, 2022 and then to the recently appointed Director of the Bureau of Prisons, Colette Peters on August 30, 2022 Certified Mail #7021 2720 0003 0056 0887 but to date I have never received any response.

## EXCERPTS FROM REQUEST FOR COMPASSIONATE RELEASE

1. I was vaccine injured in the 3rd grade by an (MMR) Measles/Mumps/Rubella shot, whereby I had an autoimmune response and was diagnosed as "Hypersensitive" to vaccines and the adjuvants they contain. I remained sick for several months, developed allergies to everything and had to repeat the 3rd grade. I was examined by the leading doctors of Virology, Immunology and Allergist in Memphis and after (6) months of evaluation and test, they deemed I had been vaccine injured and that vaccines of anything containing adjuvants were "Medically Contraindicated". They determined that further exposure to vaccines, adjuvants or chemical test would further compromise my immune system and a severe reaction could be fatal. Since then, no doctor of Virology, Immunology or Allergist has cleared me for any of them.

2. I was overexposed to radiation at Federal Express while working a "Hot-Flight" for several months and was advised by the specialist in radiation exposure that I should not be exposed to any additional radiation for the rest of my life. Due to radiation exposure being cumulitive, he deemed the risk of developing cancer or damaging my immune system from even a dental x-ray "Contraindicated".

3. Upon arrival at FCI-Memphis on August 20, 2019, I was interviewed by Nurse Gaia and Mr. Boykins, who I advised of my medical contraindications to vaccines, adjuvants, chemical test and x-rays. I advised that due to being vaccine injured in the 3rd grade, I have had no vaccines and had never allowed any TB injection test because it contains (2) adjuvants that are known carcenogens. I suggested the Urine, Sputum or Breathalizer test would prove I do not have TB, but the fact I have never had TB and not symptomatic is the reason testing me for TB is medically, legally and morally unjustified and why all other prisons left me alone.

4. However, dispite my medical history, Bureau of Prison Policy prohibiting any "Contraindicated Medical Procedures" and the Law-of-the-Land, Mr. Boykins had a 6-man goon squad place me in shackles and then he forcibly injected me with an unknown chemical he claimed was a TB test a few days later.

5. Then, a few weeks later I developed flu symptoms that lasted several months. At one point I had pneumonia for (14) days, (4) of which I never moved from bed. I have never had pneumonia in my life and prior to this I had not had a cold in the previous (26) years. Symptoms included high fever, difficulty breathing, body aches, persistent caugh, severe headache and the loss of my sense of smell and taste. I view these symptoms as a direct result of Mr. Boykins' injection.

6. In February of 2020, I went to the clinic with the aforementioned severe flu symptoms. While sitting on the floor with my head covered to block the light and sound and to stay warm, Mr. Boykins yelled at me to move. I did. He then demanded I remove my coat. As I moved to sit up, Mr. Boykins hit my head and snatched my coat off of me. I was sitting on the floor due to the waiting room being full of other sick inmates who witnessed the assault.

7. On April 01, 2020 the Bureau of Prisons initiated medically unnecessary mandates of forced quarantining and the wearing of face mask on otherwise healthy inmates which was not based on science but fear of spreading SARS-COV-2, aka "COVID-19".

8. From April 01, 2020 until the end of may 2021, I was locked in a 7'x11' cell 24/7, except for (30) minutes (3) times a week to shower. during that time, I was denied access to fresh air, sunshine and proper nutrition and under those conditions my immune system was further compromised.

9. Then, on June 11, 2021, my respiratory system was injured and my immune system further compromised when Officer Ewing sprayed MK-9 "Tear Gas" into my room and Officer Flowers locked me and my room mate inside, thereby effectively converting the 7'x11' concrete vault with concentrated fumes into a gas chamber. After (30) minutes of fighting for air, caughing and gagging, my (77) year old room mate and I were released from the gas filled room by an Officer who refused to enter our room and help carry my room mate out due to the overpowering gas fumes in the room. I then took my room mate to the door where the Officers had evacuated outside for fresh air and he was taken to the hospital. Days later I was informed he was put on a ventalator and not expected to live. The next day I was informed Officer Ewing had discharged the entire can of MK-9 "Tear Gas", aka Oleoresin Capsicum "OC" Aerosol Spray at and under our door. I was never given any medical help and my (3) written request to "Sick-Call" and verbal request for help to HSA Adeniyi were ignored. As of today, I have never been examined by any doctor or specialist in chemical exposure. My symptoms include difficulty breathing for weeks, a burning sensation in my lungs that is still present, severe headaches for several weeks and cognitive disfunction. Such as misspelled words, writing the same word multiple times and loss of memory.

10. Then, on June 23, 2021, although I had been promised to be transfered to the Camp in Millington Tennessee by the Warden at FCI-Memphis due to my having minimum custody and points and a recommendation by the Sentencing Judge, I was moved to FCC-Forrest City Low, whereat I was immediately ordered to submit to a PCR Test, which according to it's creator Dr. Kary Mullis, is for "Medical Experimentation Only", and "it can not identify any infectious Disease". When I refused to submit to any "Medical Experimentation", which is in violation of the Nuremberg Code, the Vienna Convention of Diplomatic Relations, U.S. Code, my God given rights and religion, the Lieutenant said, "You can't refuse, you have no rights here Mr. Parsons". I was then placed in the SHU, issued a Disciplanary Report and restricted from visitation and commissary for (4) months. While in the SHU I submitted (2) request for "Sick-Call" and (4) verbal request for help to HSA Ray who ignored my plea for help. I subsiquently filed (3) additional "Sick-Call" request and a grievance that I was denied proper Medical Examination and care by a

doctor, let alone a specialist in resporatory and neurochemistry injuries by MK-9 "Tear Gas". I had also requested a criminal investigation into the unjustified assault upon me and my room mate that just-so-happened to occur near the anniversary of the murder of George Floyd. A black man who was sufficated by white police officers. Considering Officer Ewing and Flowers are black, and Officer Flowers and other black officers had whispered to me as I walked by, "I "I can't breath", it was clear the attack on us was intentional and retaliatory.

11. Then, on December 17, 2021, after having been held in the SHU with an inmate who has a known history of being treated for TB, despite the documentation of my history of severe adverse reactions and having never been cleared medically for any vaccine or chemical test containing adjuvants, and despite the prison Doctor Tomar having agreed to allow me an alternative that was approved by the FDA, which the Sputum test has been FDA approved for decades, and the Urine or Breathalizer form of TB test were approved and Dr. Tomar being aware of this per his notes found in my medical file, I was again shackled by a 6-man goon squad and forcibly injected with an unknown substance by Nurse Phillips who refused to recognize these facts. Since then I have had severe headaches, flu symptoms, dizzyness and cognitive disfunction and have fallen (3) times due to the dizzyness.

12. Since my arrival to FCC-Forrest City Low, whereat Officer Hatton advised they were going to "jack-up" my points and send me to the Medium where his inmates would "stick" (meaning stab) me and if I survived, they would keep jacking up my points and send me to the Pen, they have been doing just that by issuing me Incident Reports for refusing to submit to a Contraindicated Medical Procedure that is not only unjustified but there are readily available alternatives. And, since my arrival to FCC-Forrest City Low, I have been on some form of lock-down for several months, whereby I was denied access to fresh air and sunshine. I was also forced to wear a mask that restricted my access to fresh air and forced me to breath carbon dioxid, which reduces my blood oxygen level, creates an environment by which I can develop bacterial pneumonia and cause my body to become acetic, which increases the risk of cancer and death significantly.

13. The Center For Disease Control, (CDC) determined that people at higher risk for contracting COVID-19 and resulting in greater potential for death, including those with a "Compromised Immune System" and "60 years of age or older", like me.

14. The various health reporting organizations list deaths related to COVID-19 in America exceeded 1,000,000 as of October 2021.

15. In early 2021, Dr. Francis A. Boyle (author of the U.S. Bio-Weapons Law), Dr. Wolfgang Wodar (World Health Organization Virologist) and Dr. Michael Yeadon (Vice-President, Pfizer Pharmaceutical-Dr. of Virology/Immunology Retired) admitted the COVID-19 injections are actually "Genetic Modification Bio-Weapons".

16. In August 2021, the top (2) Food and Drug Administration (FDA) scientist resigned under protest after the FDA falsely claimed the Pfizer COVID-19 injection was "Approved", when in fact, it was only given and extension of it's "Emergency Use Authorization" (EUA). In fact, NONE of the COVID-19 injections have any long term studies, nor have any of them passed the "Challenge Test" which is the standard for any vaccine approval.

17. In the 1st week of November 2021, the recklessness of the FDA was exposed when it's spokesman said, "The only way to know if this is safe for kids is to give it to the kids." And, "The only way to find out if this will hurt kids is if we give it to them."

18. In November of 2021, a spokesperson for Pfizer admitted their COVID-19 injections were shedding to unvaccinated people and causing the same blood clots, heart inflammation and ADE that the injected people are experiencing and that the COVID-19 injections are causing the creation of the variants of the virus.

19. On November 05, 2021, Dr. Peter Mercola, a leading Virologist with over 600 Peer Reviewed Studies, reported the 1st injection of any of the COVID-19 injections will persist with creating the spike protein for (15) months and it becomes a lifelong event after the 2nd dose. However, in patents with natural immunity, the spike protein on the virus is eliminated in a week or two. And, 80% of the deaths attributed to COVID-19 were in people who had at least (1) of the COVID-19 injections. Dr. Mercola said, "it takes over the bodies genetics and causes the spike protein to be produced by the cells. The LIPID Nano-Particles in the COVID-19 injections go into the LIPID system, including the heart, brain, overies, testicles, etc. In many cases, it causes the immune system to attack itself. They are linked to "Myocarditis", an inflammation of the heart in adults and children. Giving it to kids is reckless! IT is not clinicly indicated or medically necessary. There have been over 800,000 cases listed on the Vaccine Adverse Reaction Reporting Service (VARRS) since COVID-19 injections began, but only 40,000 in the entire time since it was created in 1986, some (36) years ago.

20. As an Ordained Native American Minister who is recognized as a Medicine-Man, my body is my temple. As such, I do not put anything into my body that I know to be harmful. Therefore, I am naturalpathic and do not use "Pharmaceutical Drugs". I only use God-made natural elements to prevent and cure disease as well as to strengthen my immune system. However, I am denied those natural elements here in the Bureau of Prisons system. Therefore, due to my history of severe reactions and injury from vaccines and chemicals containing adjuvants, and with the risk of exposure to the chemicals from the COVID-19 injection "SHedding" from those who have taken them, and the ongoing variant mutations those injections are creating, the risk to further deterioration of my immune system which has been compromised by the adjuvants in the TB injections that were forced upon me, the resporatory and neurological injury I sustained from the attack upon me by an Officer with MK-9 "tear Gas" out of retaliation and racial hatred of me as well as a hatred of my political views, and my being 61 years of age, this combination of life-threatening conditions were never anticipated at the Sentencing Hearing and justify my release.

21. In fact, the sentencing in this matter was manipulated by the Assistant U.S. Attorney who lied by claiming I was never offered a reduced sentence if I plead guilty. In fact, I was advised by the Assistant Public Defender that I would only receive 22 month, would never go to prison and would be placed on Home Confinement after the time was calculated that I had already served in jail.

22. The Assistant U.S. Attorney also falsely claimed I had committed a "violent" felony in 2007, whereby I was charged with aggrivated assault un Tennessee for yelling at a hit-man who had shot at my wife and I and shot and killed our pet wolf-hybrid Brandi as she stood in front of me at our farm, to stop shooting, put his gun down and that he was under arrest. Despite all of my actions against an initial aggressor being supported by Tennessee Law, I was charged and the attacker was never charged despite his admission he was politically motivated to attack me and my family to prevent me from challenging a rigged election in 2006, whereby I had won the race for County Executive for Tipton County Tennessee by a landslide against his friend. Tennessee Code Annotate, recognizes my right to defend my family and myself as well as enact an arrest when I witness a felony. Telling a hit-man to stop shooting, to drop his gun and that he was under arrest was not a crime, nor was it violent.

23.  Now with the recent Supreme Court ruling in the Borden Case, the Supreme Court has deemed those acts by me as not violent, and according to one International Court, my actions were heroic.  By definition, my actions were justifiable self-defense.

24.  Also, now that the underlying charge of unlawful possession of a firearm from 2014 in Tennessee was dismissed and expunged, the Felony Failure to Appear Conviction in Tennessee is VOID due to the absents of any underlying charge and as such, a recalculation of the sentence would effect my immediate release.

25.  Furthermore, the Assistant U.S. Attorney manipulated the sentencing by seeking an enhancement claiming I had committed "perjury" at trial by testifying.  Given the fact my testimony being that I did not possess a weapon in violation of 18 U.S.C. §922(g)(1), that I had never been convicted of a felony based on the definitions found in 18 U.S.C. §921(a)(33)(B)(i)(I) requiring that one be convicted of a felony while having been represented by counsel or having waived his right to counsel.  I had never been represented at any of the trials in question and had never waived my right to counsel in those matters the Assistant U.S. Attorney claimed were prior felony convictions.  And, as defined by Congress in 18 U.S.C. §921(a)(2), I was not in a "state", nor as defined by Congress in 18 U.S.C. §921(a)(1) was I a person. According to the definitions Congress made exclusively for 18 U.S.C. §922(g)(1), I was not considered to have been convicted of a felony, in a state, or a person that 18 U.S.C. §922(g)(1) was intended for.  And, Art. 1, §8 does not apply to me.

26.  As an Ambassador of a Foreign Country, traveling in my official capacity for their government, I was immune from prosecution or execution by the UNITED STATES as defined in 18 U.S.C. §1116(b)(2)(3)(4), and as such, "irrespective of recognition by the UNITED STATES", was also recognized as an "Internationally Protected Person" and immune from prosecution.

27.  My proposed Release Plan is to return to my home at the Parsons Farm, which is (40) miles north of Memphis, near Brighton Tennessee.  The mailing address is  P.O. Box 306 Arlington, Tennessee [38002].  The phone number is 901-574-4364.  I will be living with my wife of 35 years and will be helping my mother who is (84) and lives alone in the community.  Due to my naturalpathic religious convictions, I will be using natural elements that I grow on the farm or obtain through private sources. I will not need medical insurance because I do not use Western Medicine.  My access to plenty of fresh air and sunshine at the farm will allow me to recooperate from the effects of the adjuvants in the TB injections and the MK-9 "Tear Gas" spray injury to my lungs.

## CONCLUSION

Due to the facts listed regarding ongoing Obstruction of Justice in this case, I hereby

MOVE this Court to issue an ORDER Directing Agents of Respondent to Cease and Desist

Further Obstruction.  And, due to the extraordinary and compelling circumstances related

to my compromised medical condition compounded by deliberate medical malpractice at the

hand of the Bureau of Prisons staff whos actions have further compromised my immune

system, coupled with the ongoing risk to exposure of COVID-19 and the shedding of the

chemicals in the COVID-19 injections, the injury to my lungs from the intentional exposure to MK-9, "Tear Gas" fumes for over 30 minutes inside a locked 7'x11' cell, which resulted in ongoing medical problem for me and inwhich my room mate was placed on a ventalator and ultimately died from the exposure due to retaliation by Bureau of Prison Guards, the fact I am actually innocent of the charge and conviction of 18 U.S.C. §922(g)(1), and the fact I have served 72 months as of January 11, 2023 for an 84 month sentence, I hereby MOVE this Court to issue an ORDER for my Immediate Release to Home Confinement or Recognizance. Whereas, this Court has supervisory authority over the Bureau of Prisons in this matter, and under 34 U.S.C. §60541(g)(1)(c), Congress has authorized the Bureau of Prisons to waive the requirements of 18 U.S.C. §3624 for "Home Confinement Eligibility" for the elderly, which now starts at 60 years of age and I am now 61 years old, this Court has additional authority to exercise that power when the Bureau of Prisons or Court Clerk is negligent or willfully abuse their position of trust.

## CERTIFICATE OF SERVICE

I, Ambassador Mike Parsons hereby Certify that this 2nd Notice of Obstruction of Justice and Petition for ORDERS that, (1) Agents of Respondent Cease and Desist Further Obstruction, and (2) Petitioner be Immediately Released to Home Confinement or Recognizance, (This Notice and Petition is not a waiver of any Right or Immunity and is being served upon this Court at this time as opposed to the Supreme Court for the United States out of an abundance of caution to prevent confusion by the courts since this matter was originally filed in a District Court and my subsequent MOTION to Transfer this matter to the Supreme Court has yet to be done by this Court, as well as to give this Court an opportunity to address the corruption within the Forrest City Federal Prison it has supervisory authority over) was sent via 1st Class, Certified Mail, Postage Paid this 4th day of January 2023 and is considered filed today per Rules.
CERTIFIED MAIL #7021 2720 0003 0055 9744

Ambassador Michael Parsons
Tsilhqot'in Nation-Country of Chilcotin
c/o FOR-LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas 72336

EXHIBIT #1



USPS.com® - USP...
tools.usps.com

# USPS Tracking®

**FAQs >**

Tracking Number:

**Remove ✕**

## 70212720000300559171

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 2:23 pm on June 8, 2022 in MEMPHIS, TN 38103.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
MEMPHIS, TN 38103
June 8, 2022, 2:23 pm

See All Tracking History

## Text & Email Updates    ⌄

<u>EXHIBIT #2</u>



# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

# 70212720000300561655

📋 Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 9:10 am on December 19, 2022 in LITTLE ROCK, AR 72202.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

⊘ **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

LITTLE ROCK, AR 72202
December 19, 2022, 9:10 am

See All Tracking History

EXHIBIT #3

December 28, 2022

- Phoned Roy at the Little Rock Post office. He said that he is just going into a meeting and will continue looking into the missing package.
- After receiving the above email, I phoned Crystal. See "Back Memo"
- I tried calling Case Manager Heather Clark a few times at Judge Rodalski's office but no one answered.
- Later, I phoned the court clerk again and spoke with Frank. He told me that Tom was the first name of the US Postal carrier who picked up the court's mail from the post office and delivered it to the court.
- I then phoned the US post office and asked to speak to Tom. I was told by Kenya [phonetic] that Tom was not working today. I then asked her to confirm if he was the carrier who picked up the missing package on Dec. 19, 2022. She said her computer was showing that a court clerk picked up the package on Dec. 19, 2022 and not Tom.
- I asked to speak to Roy again. Kenya said she will get him and then my call disconnected.
- I called the court clerk Frank again and told him that the post office told me that it wasn't Tom who picked up their mail on Monday, Dec. 19, 2022 but a court clerk.
- I continued by saying, "You said that Tom picked up the mail on Monday, Dec. 19, 2022 but you really don't know who picked up the mail on that day, do you?" Frank replied, "No I don't."
- Then I asked Frank to tell me which court clerk picked up the mail on Dec. 19, 2022. He put me on hold.
- When Frank returned he said he would have to refer this issue to his supervisor.

Notes from Dec. 29, 2022

- Called Case Manager Heather but no answer.
- Called Kenya at the post office to ask for the name of the court clerk who picked up the mail for the court on Dec. 19, 2022. The phone connection was then lost.
- Spoke to Frank who patched me to Crystal again when I asked for the name of the court clerk who picked up the mail Dec. 19, 2022.
- Crystal admitted "A. D." was the court clerk who was picking up the mail for the court the week of Dec. 19, 2022 but said A. D. did not pick up the package because the package was put in the "wrong outbox by the post office." Crystal also said I could not speak with A.D. because she was not working this week but that A.D. was involved in the court's search for the package.
- Later I spoke with Kenya at the post office again who said it was Lisa who scanned the wrong card and some other company may have the package. I asked which other company but she wouldn't say. Kenya said normally that company would bring back mail that didn't belong to them the next day. When I mentioned I knew it was court clerk A.D. who picked up the package on Dec. 19, 2022, Kenya admitted she knew it was A.D. who picked up the package. After a few minutes, Kenya called me and told me that the other company did not have the package.
- I was also informed that the court will reconvene Jan. 3. 2023.

AT THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

Michael Wayne Parsons
Petitioner

v.                                                    No. 2:22-cv-2247-MSN-tmp

UNITED STATES OF AMERICA,
STATE OF TENNESSEE
Respondent(s)

---

## NOTICE OF OBSTRUCTION OF JUSTICE

PETITION FOR ORDER DIRECTING AGENTS OF RESPONDENT UNITED STATES OF AMERICA TO
CEASE AND DESIST ANY FURTHER OBSTRUCTIVE ACTS

---

By Special Appearance Only, petitioner, Ambassador Mike Parsons hereby serves NOTICE

of Obstruction of Justice by agent(s) of respondent UNITED STATES OF AMERICA.  Including;

1. On or about April 18, 2022 I was advised that the Clerk of this court mailed a
Cerfified Copy of the Petition in this matter to me at the FCC-FORREST CITY LOW
Federal Prison, but to date it has never been delivered.

2. On May 02, 2022 I authorized the prison to deduct and mail a check for $5.00 to
the Clerk of this Court for the filing fee in this matter and on May 18, 2022,
according to the Account Transaction printout, funds were withdrawn for that
purpose but as of May 27, 2022, no check had been delivered to the Clerk so I was
required to have my wife, Pat Parsons hand deliver the fee before the deadline.

Whereas these facts are a part of the Court Clerks records and according to the facts

in my affidavit herein attached and the Account Transaction printout supporting these

facts, the Agent(s) of respondent are engaged in a systematic manipulation of the mail

and thereby are Obstructing my access to redress of this matter in this court.  Therefore,

I respectfully MOVE this Court to issue and ORDER DIRECTING RESPONDENT TO CEASE AND

DESIST FURTHER OBSTRUCTIVE ACTS. (See Affidavit and Account Transaction Printout)

Respectfully submitted this 27th Day of May 2022.

ALL RIGHTS RESERVED

Ambassador Mike Parsons, all rights and immunities reserved.
Tsilhqot'in Nation-Country of Chilcotin
c/oFCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]

CERTIFICATE OF SERVICE

I, Ambassador Mike Parsons of the sovereign Tsilhqot'in Nation-Country of Chilcotin to the United States of America, do hereby certify that the foregoing;

NOTICE OF OBSTRUCTION OF JUSTICE
and
PETITION FOR ORDER DIRECTING AGENTS OF RESPONDENT UNITED STATES OF AMERICA TO CEASE AND DESIST ANY FURTHER OBSTRUCTIVE ACTS

was placed into the institutional system for outgoing mail with the Unit W-A staff by placing this document into the mail box in the unit with 1st Class and Certified mail postage paid thereon this mailing and per Federal Rules, is deemed filed today this 27th day of May 2022.  Be advised that the foregoing was mailed to the attention of the Clerk of the Court for the U.S. District Court for the Western District of Tennessee, Western Division at Memphis, 167 North Mail, Memphis Tennessee [38103].

Be advised that this Notice, Petition and Certificate of Service is not, and should not be construed as any form of waiver of any of my rights or immunities, including but not limited to diplomatic immunity as an ambassador of a foreign country and as an Internationally Protected Person.

Respectfully submitted this 27th day of May, 2022.

_ALL RIGHTS RESERVED_

Ambassador Mike Parsons, all rights and immunities reserved.
Tsilhqot'in Nation-Country of Chilcotin
c/o FCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]

2 of 2

### AFFIDAVIT of Ambassador Mike Parsons

I, Ambassador Mike Parsons of the sovereign Tsilhqot'in Nation-Country of Chilcotin hereby attest to the following facts I have witnessed and know to be true.

1. On or about April 18, 2022 I was advised that the Clerk of the U.S. District Court for the Western District of Tennessee, Western Division at Memphis mailed a Certified Copy of the Petition filed in the matter of Michael Wayne Parsons v. UNITED STATES OF AMERICA and STATE OF TENNESSEE, Case No. 2:22-cv-2247-MSN-tmp, to me at FCC-FORREST CITY LOW Federal Prison in Forrest City Arkansas.

2. As of May 27, 2022 I have not received the aformentioned Petition from the Clerk of the U.S. District Court for Case No. 2:22-cv-2247-MSN-tmp.

3. On May 02, 2022 I authorized FCC-FORREST CITY to deduct $5.00 from my account and forward it to the Clerk of the Court for the filing fee in the aforementioned case.

4. According to the TRULINCS Account Transaction printout, funds were available at the time I submitted the authorization to deduct $5.00 for the filing fee, however, according to the Account Transaction printout, the funds were not withdrawn for the check until May 18, 2022.

5. Due to the fact the check was never received by the Clerk of the Court in this matter, I was required to have my wife, Pat Parsons hand deliver the filing fee on May 27, 2022 to the Clerk of the Court in order to meet the deadline

6. Since arrival into the Federal Prison system I have experienced a systematic manipulation of the mail sent to me as well as my outgoing correspondence.

7. I have filed grievances with the prison as well as with the Inspector General with no response.

8. It is my experience that all of my correspondence, including diplomatic correspondence and legal mail is opened outside of my presence even though the correspondence is clearly marked *Diplomatic Correspondence* Vienna Convention on Diplomatic Relations Article 30.2, "His correspondence and papers shall likewise be inviolable." and designated as *Special/Legal Mail* and Open in the presents of the inmate only, as required by the Bureau of Prisons Program Statement.

9. Since the beginning of April, all of my request to date for a notary or a Case Manager to verify my signature on legal documents and affidavits has been denied by all of the Case Managers in the Unit I am assigned to for purposes of case load as well as the Unit Managers and the Associate Warden. As such, access to notarize those documents as well as this one has been denied and effectively obstructing my ability to access the court and government agencies and government officials for official business and redress of grievances.

FURTHER AFFIANT SAITH NOT ( ... ALL RIGHTS RESERVED.

Ambassador Mike Parsons
Tsilhqot'in nation-Country of Chilcotin
c/o FCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 30237047   Inmate Name: PARSONS, MICHAEL WAYNE                Available Balance: $54.90**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 05/25/2022 | TL0525 | TRUL Withdrawal | | -$2.00 |
| 05/25/2022 | 73 | Sales | | -$3.15 |
| 05/25/2022 | 72 | Sales | | -$32.35 |
| 05/25/2022 | TL0525 | TRUL Withdrawal | | -$2.00 |
| 05/23/2022 | TL0523 | TRUL Withdrawal | | -$2.00 |
| 05/23/2022 | 70159303 | Lockbox - CD | | $75.00 |
| 05/20/2022 | TL0520 | TRUL Withdrawal | | -$2.00 |
| 05/18/2022 | TL0518 | TRUL Withdrawal | | -$2.00 |
| 05/18/2022 | 29 | Sales | | -$26.50 |
| 05/18/2022 | 7175 | Court Fees | | -$5.00 |
| 05/18/2022 | 7175 | BP 199 Request - Released | | $5.00 |
| 05/16/2022 | TL0516 | TRUL Withdrawal | | -$2.00 |
| 05/11/2022 | 83 | Sales | | -$6.50 |
| 05/11/2022 | 82 | Sales | | -$5.15 |
| 05/11/2022 | 81 | Sales | | -$84.80 |
| 05/09/2022 | TL0509 | TRUL Withdrawal | | -$2.00 |
| 05/06/2022 | TL0506 | TRUL Withdrawal | | -$2.00 |
| 05/04/2022 | TL0504 | TRUL Withdrawal | | -$5.00 |
| 05/04/2022 | 70158001 | Lockbox - CD | WEBSTER | $100.00 |
| 05/02/2022 | 7175 | BP 199 Request | | -$5.00 |
| 05/02/2022 | TL0502 | TRUL Withdrawal | | -$2.00 |
| 04/29/2022 | TL0429 | TRUL Withdrawal | | -$2.00 |
| 04/29/2022 | TL0429 | TRUL Withdrawal | | -$2.00 |
| 04/29/2022 | 70157701 | Lockbox - CD | | $70.00 |

AT THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

Ambassador Mike Parsons
Petitioner
V.                                  No. 2:22-CV-00098-LPR-ERE

UNITED STATES OF AMERICA, and STATE OF TENNESSEE
Respondent(s)

---

EMERGENCY

PETITION FOR TEMPORARY RESTRAINING ORDER,

MANDATORY INJUNCTION AND DECLARATORY RELIEF,

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 57, 65, 28 U.S.C. §§2201 and 2241.

---

By Special Appearance Only, I Ambassador Mike Parsons of the Tsilhqot'in Nation-
Country of Chilcotin, hereby MOVE this Honorable Court to issue a Temproary Res
Restraining ORDER and Mandatory Injunction barring Agents of the Respondent United
States of America, and more specifically, Staff of the Forrest City Low Federal
Prison or any other under the control of Respondent, from forceably injecting me
with any chemical procedure, Test for TB or any other Injection what-so-ever.

In support of this Emergency Petition, petitioner would submit the Affidavit of the
only living witness to Petitioners history of severe allergic reactions to vaccines
that began when Petitioner was a child and at that time he was advised not to take
any vaccines or any test or medications containing adjuvants via an injection, whereas
he suffered severe health problems as a result of being given a Measles-Mumps-Rubella,
(MMR) vaccination and the resulting injuries from the MMR vaccine caused him to have
to repeat the 3rd grade. (See Affidavit of Clete Webster.)
Whereas the Bureau of prisons policy recognizes contraindication of adverse reactions
to things such as Penecillin and other chemicles normally used, and the policy requires
medical staff to use alternative methodes of treatment or test, in my case, they are
willfully ignoring their own policy in retaliation of my filing complaints of prior

1.

abuse by Bureau of Prison (BOP) staff, in violation of their policy PS1210.24(7)(a) Class (1) & (2), Physical Abuse, False Statements, Falsification of Documents, Discrimination accompanied by Violence and Physical Force.

### HISTORY OF PRIOR ABUSE BY FORREST CITY MEDICAL STAFF

On December 17, 2021, I was assaulted by Fprrest City Prison staff, whereby I was shackled and strapped to a chair by a 6-man goon squad who's identity was consealed by their helmets and no names were listed on their jackets. I was injected with an unknown substance in my left forearm against my will by nurse PHILLIPS. At that time, my blood pressure was reported to be 160/100. I experienced severe headachs for days, ongoing fatigue, exhaustion, memory loss and balance for months since the injection. My request for proof of what was injected into me was ignored as well as the names of the staff involved in the assault. My Administrative Remedy Petition with those request as well as a copy of the Order for the assault was ignored at every level of the Process and the issue of staff violation of policy and law were never addressed.

This is a matter of ongoing abuse of policy related to TB testing and the records being scrubbed of all notification of my history of being vaccine injured by the very adjuvants in the AVARTIS TB Test Injection and the (3) alternative TB Test that are non-invasive and more accurate. Those being the original (sputum test), the recently approved (Breathalizer Test) and the Urine Test), all of whic hare more accurate that the AVARTIS Injection which has a 50% false negative result. Irregardless, there is a record of a severe allergic reaction from 2019 in my Grievances wherein I reported severe flu-like symptoms and pneumonia from being forceably injected with the same TB Test while at the Memphis Federal Prison. In that case, I almost died and the medical staff offered no help and covered-up their crime. Prior to being put into the BOP, all other facilities respected my medical history and the fact I have never had TB and in otherwise perfect health, having not seen a doctor since 1985, forgoed TB testing on me.

2.

## IMMINENT NEED FOR INJUNCTION AND DECLARATORY RELIEF

Do to the fact I was advised I would be required to report to the Medical Clinic at
0900 on December 14, 2022 to see nurse PHILLIPS, who does the TB testing, it is clear
that they are intending to forceably inject me once again with the TB test to further
damage my already compromised immune system. This schedual, occuring (2) weeks after
I filed a Grievance on Officer LEATHERS, the staff who assaulted me a year ago, and
who stated "I look forward to you being sent the the SHU when you refuse your TB test
so I can through all that legal stuf of yours in the "Hot Trash."   LEATHERS is the
officer who assaulted me by cutting my wrist with hand cuffs and slamming the steal
cell door against me as I walked into the cell. Again, although I filed a grievance
against LEATHERS, I have yet to receive a final disposition from the BOP. As such, this
this urgent matter also requires immediate action by the Court to not only prevent
the forced injection of a chemical that I have a history of severe allergic reaction
to and is otherwise contraindicated and can be fatal, but a Restraining Order to stop
LEATHERS from making good on his threat to distroy my legal material for this case.

### CONCLUSION

Whereas this is an Emergency situation that is not only life threatening but also
targeted at distroying my access to present my case to the Court for redress, I
hereby MOVE this COURT to Issue and ORDER FOR A TEMPORARY RESTRAINING ORDER and
MANDATORY INJUNCTION BARRING AGENTS OF THE RESPONDENT, INCLUDING BOP STAFF OR OTHERS
FROM FORCEABLY INJECTING PETITIONER WITH ANY CHEMICAL FOR TESTING OF TB OR ANY OTHER
INJECTION WHAT-SO-EVER, and to PREVENT BOP STAFF OR OTHERS FROM TOUCHING OR DISTROYING
PETITIONERS LEGAL MATERIAL, for good cause shown and in the interest of justice.

3.

CERTIFICATE OF SERVICE

I, Ambassador Mike Patrsons hereby Certify that this EMERGENCY PETITION FOR TEMPORARY

RESTRAINING ORDER, MANDATORY INJUNCTION AND DECLARATORY RELIEF was placed into the

outgoing mail box with 1st Class and Certified mail Postage paid this 13th day of

December 2022 and per Federal Rules is considered filed this day as well as if filed

by a friend per Federal Rules for 28 U.S.C. 2241, is also considered filed by me.

All rights, Immunities and Privileges reserved as an Ambassador per 18 U.S.C. §1116(b).

Ambassador Mike Parsons
Tsilhqot'in Nation-Country of Chilcotin
c/o FOR-LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas 72336

4.

## Affidavit of Clete Webster

I, Clete Webster do hereby affirm that I am a witness to the following facts regarding my son Michael Wayne Parsons.

1.   While in the third grade at Corning Elementary School in Memphis Tennessee, my son Michael Wayne Parsons was given a Measles-Mumps-Rubella, (MMR) vaccination which caused him severe health problems that initially appeared to be an allergic reaction to the MMR vaccine.

2.   At that time he was examined by an immunologist and allergist and given hundreds of test to determine what he was allergic to over the course of several months.

3.   The doctors determined that he was allergic to the chemicles in the vaccine as well as virtually every chemical known to man and that due to his reaction to MMR vaccine, he should not have any more vaccines or injections of any kind.

4.   As a result of his injuries from the MMR vaccine, he was required to repeat the 3rd grade.

5.   Since that time, he has not had any vaccines or injection of any kind.

6.   I do not recall the names of the doctors or the facility the test were done at now some 53 years later.

FURTHER AFFIANT SAITH NOT

_Clete Webster_
**Clete Webster**

Before me this _19th_ day of _Aug_ 2022, the above signatory, a live woman, personally known to me or providing sufficient identification of her identity as Clete Webster, I, being a Notary Public of _Shelby County_ County Tennessee  did witness her SUBSCRIBE and AFFIRM to me this foregoing instrument as being true, correct and complete for the purposes expressed therein, and has set forth her signature thereupon this day.

_Shane Roe_
**NOTARY PUBLIC**

                        MY COMMISSION EXPIRES MAY 17, 2026
My Commission Expires _____

FOR 1330.13
October 9, 1998
Attachment A

**✳SENSITIVE✳**

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1830.13, <u>Administrative Remedy Program</u>, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate's Name: Ambassador Mike Parsons _____ Date: 12/27/2021

Register Number: 30237047 _____ Unit: H-C-125U

Specific Complaint (include date) and Requested Relief: On 12/17/2021 I was assaulted by FCC-FORREST CITY STAFF, whereby I was shackled and held down by 6-man goon squad who's identity was concealed by their helmets and no names were listed on their jackets. I was injected against my will by nurse Phillips with an unknown substance in my left forearm. At that time, my blood pressure was 160/100, I experienced severe headachs for 3 days and ongoing fatigue and exhaustion since the injection. I hereby request proof of what was injected into my arm, the names of all involved in the assault and a copy of any and all Orders for the assault, including all correspondence pertaining thereto and all Audio/Video/Statements and documentation pertaining to the assault. This matter pertains to an abuse of policy for TB testing when the records that support my contraindications to the TB injection caused severe injury to my immune system in 2019 when forceably injected at FCI-MEM and then staff falsified medical records. Efforts Made By Inmate to Informally Resolve Grievance (be specific): Upon arrival I advised staff of my medical history that included being vaccine injured as a child and overexposed to radiation while working for FedEx and having Specialist in Immunology, Alergist and Radiology deem further exposure to those was Medically Contraindicated and could result in severe damage to my immune system or be fatal. I advised that I could do any of the 3 non-invasive alternative modalities of test that were available and approved including the Breathalizer, Urine and Sputum Test. ~~Counselor Comment:~~ Howeve r, they ignored my unique medical history, the law and BOP policy that prohibits forcing any medical procedures upon an inmate that are Contraindicated, or punishing him if he refuses to volunteer any contraindicated medical procedures. This was a wilfull act of abuse and retaliation for my filing complaints of prior abuse by BOP staff, in violation of PS 1210.24(7)(a)Class (1) & (2)Physical abuse, False statements, Falsification of documents,Discrimination accompanied by violence and COUNSELOR'S COMMENTS:                                                           physical force.

_____

Correctional Counselor's Review Date | Unit Manger's Review Date

DATE BP-9 was ISSUED_____                    Hu-11-6-98

Ambassador Mike Parsons
Tsilhqot'in Nation-Country of Chilcotin
c/o FOR-LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas 72336

August 30, 2022

Certified Mail #70212720000300560887

Director Colette Peters
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

RE:   REQUEST RELEASE VIA THE CARES ACT OR ANY OTHER AUTHORITY YOU POSSESS.

Greetings Director Peters,

I am writing you today with great hope that with your recent appointment as Director
of the Bureau of Prisons that my qualifications for release to Home-Confinement via
the CARES Act or any other authority you possess to effect my release will be afforded.

One such authority exist under 18 USC §3624(c)(2) which specifies; "The Director of the
Bureau of Prisons (BOP) may place a prisoner in Home-Confinement for the shorter of 10
percent of his or her term of imprisonment or six months.   The recently passed CARES
Act permits the Director of the BOP to extend the period of Home-Confinement permitted
under §3624(c)(2), Pub. L. 116-136, §12003(b)(2), 134 Stat. 281, 516 (2020)." These
statutes give authority to place a prisoner in Home-Confinement to the Director of the
BOP.   Furthermore, under 34 USC §60541(g)(1)(c), Congress has authorized the Director
of the Bureau of Prisons to waive the requirements of 18 USC §3624 for Home-Confinement
Eligibility for the elderly, which now starts at 60 years of age. I am now 61 years old.

Aside from the fact I am actually innocent and a victim of Judicial Misconduct, there
are extraordinary and compelling circumstances in my case which could not have been
foreseen at the time of sentencing, which also warrant the exercise of your authority to
provide for a Compassionate Release, also found in the CARES Act.  And now, will past
the 30 day requirement, under 18 USC §3582(c)(1)(A), authority that "Upon MOTION by the
Director of the Bureau of Prisons the Court may reduce the term of imprisonment to time
served, probation or supervised release ... if it finds that, (1) extraordinary and
compelling reasons warrant such a reduction, ...(3)... If the Director grants a request
under 18 USC §3582(c)(1)(A), the Director will contact the U.S. Attorney in the District
in which the inmate was sentenced regarding moving the sentencing court on behalf of the
Director of the Bureau of Prisons to reduce the inmate's term of imprisonment to time
served.

Please see my attached Petition For Compassionate Release that contains extraordinary
and compelling circumstances related to my unique medical conditions that place me in
danger of death in a densely populated prison with medical staff who willfully ignor
my histroy of vaccine injury which identified by medical specialist when I was a child
and since no doctor has cleared my medically of their diagnosis that vaccines and all
chemicals are medically contraindicated for me.

Respectfully,

Ambassador Mike Parsons

4th REQUEST FOR COMPASSIONATE RELEASE

DATE: June 17, 2022

TO:   Warden John P. Yates

FROM: Ambassador Mike Parsons

USMS#: 30237047

UNIT: FOR/LOW, H-C-107U

(a)   My Request for Compassionate Release is based on Medical Circumstances.

(b)   Due to the following extraordinary and compelling circumstances which could
      not have been foreseen at the time of sentencing, Compassionate Release is
      now warranted.

   (1) I was vaccine injured in the 3rd grade by an (MMR) Measles/Mumps/Rubella shot,
       whereby I had an autoimmune response and was diagnosed as "Hypersensitive" to
       vaccines and the adjuvants they contain.  I remained sick for several months,
       developed allergies to everything and had to repeat the 3rd grade.  I was
       examined by the leading doctors of Virology and Immunology in Memphis and after
       (6) months of evaluation and test they deemed I had been vaccine injured and
       that vaccines or anything containing adjuvants were "Medically Contraindicated."
       They determined that further exposure to vaccines, adjuvants or chemical test
       would further compromise my immune system and a severe reaction could be fatal.
       Since then, no doctor of Virology or Immunology has cleared me for any of them.

   (2) I was overexposed to radiation at Federal Express while working a "Hot-Flight"
       for several months and was advised by the specialist in radiation exposure that
       I should not be exposed to any additional radiation for the rest of my life.
       Due to radiation exposure being cumulitive, he deemed the risk of developing
       cancer or damaging my immune system from even a dental x-ray "Contraindicated".

   (3) Upon arrival at FCI-Memphis on August 20, 2019, I was interviewed by Nurse Gaia
       and Mr. Boykins, who I advised of my medical contraindications to vaccines,
       adjuvants, chemical test and x-rays.  I advised that due to being vaccine injured
       in the 3rd grade, I have had no vaccines and had never allowed any TB injection
       test because it contains (2) adjuvants that are known carcenogens.  I suggested
       the Urine, Breathalizer or Sputum test would prove I do not have TB, but the fact
       I have never had TB and not symptomatic is the reason testing me for TB is
       medically, legally and morally unjustified and why all other prisons left me alone.

   (4) However, dispite my medical history, Bureau of Prisons policy prohibiting any
       "Contraindicated medical Procedures" and the law of the land, Mr. Boykins had a
       (6) man goon squad place me in shackles and then he forcibly injected me with
       an unknown chemical he claimed was a TB test a few days later.

   (5) Then, a few weeks later I developed flu symptoms that lasted several months.
       At one point I had pneumonia for (14) days, (4)of which I never moved from bed.
       I have never had pneumonia in my life and prior to this I had not had a cold in
       the previous 26years.  Sumptoms included high fever, difficulty breathing, body
       aches, persistent caugh, severe headache and the loss of my sense of smell and
       taste.  I view these symptoms as a direct result of Mr. Boykin's injection.

1.

(6) In February of 2020, I went to the clinic with the aforementioned severe flu symptoms. While sitting on the floor with my head covered to block the light and sound and to stay warm, Mr. Boykins yelled at me to move. I did. He then demanded I remove my coat. As I was moving to sit up, Mr. Boykins hit my head and snatched my coat off of me. I was sitting on the floor due to the waiting room being full of other sick inmates who witnessed the assault.

(7) On April 01, 2020 the Bureau of Prisons initiated medically unnecessary mandates of forced quarantining and the wearing of face mask on otherwise healthy inmates which was not based on science but fear of spreading SAR-COV-2 aka, "COVID-19".

(8) From April 01, 2020 until the end of May 2021, I was locked in a 7'x11' cell 24/7 except for (30) minutes (3) times a week to shower. During that time, I was denied access to fresh air, sunshine and proper nutrition and under those conditions my immune system was further compromised.

(9) Then, on June 11, 2021, my respiratory system was injured and my immune system further compromised when Officer Ewing sprayed MK-9 "Tear Gas" into my room and Officer Flowers locked my and my room mate inside, thereby effectively converting the 7'x11' concrete vault with concentrated fumes into a gas chamber. After (30) minutes of fighting for air, coughing and gagging, my (77) year old room mate and I were released from the gas filled room by an Officer who refused to enter our room and help carry my room mate out due to the overpowering gas fumes in the room. I then took my room mate to the door where the Officers had evacuated outside for fresh air and he was take to the hospital. Days later I was informed he was put on a ventalator and not expected to live. The next day I was informed Officer Ewing had discharged the entire can of MK-9 "Tear Gas", aka Oleoresin Capsicum "OC" Aerosol Spray, at and under our door. I was never given any medical help and my (3) written request to "Sick Call" and verbal request for help to HSA ADENIYI were ignored. As of today I have never been examined by any doctor or specialist in chemical exposure. My symptoms include difficulty breathing for weeks, a burning sensation in my lungs that is still present, severe headaches for several weeks and cognitive disfunction. Such as misspelled words, writing the same word multiple times and loss of memory.

(10) Then, on June 23, 2021, although I had been promised to be transfered to the Camp in Millington Tennessee by the Warden at FCI-Memphis due to my having minimum custody and points and a recommendation by the Sentencing Judge, I was moved to FCC-Forrest City Low, whereat I was immediately ordered to submit to a PCR test, which according to it's creator Dr. Kary Mullis, is for "Medical Experimentation Only", and "It can not identify any Infectious Disease." When I refused to submit to any "Medical Experimentation" which is in violation of the Nuremberg Code, the Vienna Convention on Diplomatic Relations, U.S. Code, my God given rights and religion, the Lieutenant said, "You can't refuse, you have no rights here Mr. Parsons." I was then placed in the SHU, issued a Disciplinary Report and restricted from visitation and commissary for (4) months. While in the SHU I submitted (2) request for "Sick Call" and (4) verbal request for help to HSA RAY who ignored my plea for help. I subsiquently filed (3) additional "Sick Call" request and a grievance that I was denied proper medical exaimation and care by a doctor, let alone a specialist in resporatory and neurochemistry injuries by MK-9 "Tear Gas". I had also request a criminal investigation into the unjustified assault upon me and my room mate that just-so-happened to happen near the anniversary of the murder of George Floyd. A black man who was suffocated by a white police officer. Considering Officers Ewing and Flowers were black, and Officer Flowers and other black officers had whispered to me as I walked by, "I can't breath!", it was clear the attack on us was intentional.

2.

(11) Then, on December 17, 2021, after having been held in the SHU with an inmate who has a known history of being positive for TB, despite the documentation of my history of severe adverse reaction and having never been cleared medically for any vaccine or chemical test containing adjuvants and despite Dr. Tomar having agreed to allow me an alternative that was approved by the FDA, which the Sputum test has been FDA approved for decades, and the Urine and Breathalizer form of TB test were approved and Dr. Tomar was aware of this per his notes found in my medical file, I was again shackled by a 6-man goon squad and forcibly injected with an unknown substance by Nurse Phillips who refused to idenify it. Since then I have had severe headaches, flu symptoms, dizzyness and cognitive disfunction and have fallen (3) times due to the dizzyness.

(12) Since my arrival to FCC-Forrest City Low, whereat Officer HATTON advised they were going to "jack up" my points and send me to the Medium where his inmates would "stick" (meaning stab) me and if I survided, they would keep jacking up my points and send me to the Pen, they have been doing just that by issuing me Insident Reports for refusing to submit to a contraindicated medical procedure that is not only unjustified but there are readily available alternatives. And, since my arrival to FCC-Forrest City Low, I have been on some form of lockdown for several months whereby I was denied access to fresh air and sunshine. I was also forced to wear a mask that restricted my access to fresh air and forced me to breath carbon dioxid, which reduces my blood oxygen level, creates an environment by which I can develop bacterial pneumonia and cause my body to become acetic, which increases to risk of cancer and death significantly.

(13) The Center For Disease Control, (CDC) determined that people at higher risk for contracting COVID-19 and resulting in greater potential for death include those with a "Compromised Immune System" and "60 years of age or older."

(14) The various health reporting organizations list deaths related to COVID-19 in America exceeded 1,000,000 as of October 2021.

(15) In early 2021, Dr. Francis A. Boyle (author of the U.S. Bio-Weapons Law), Dr. Wolfgang Wodar (World Health Organization virologist) and Dr. Michael Yeadon (Vice President, Pfizer Pharmaceutical-Dr. of Virology/Immunology Retired) admitted the COVID-19 injections are actually "Genetic Modification Bio-weapons".

(16) In August 2021, the top (2) Food and Drug Administration, (FDA) scientist resigned under protest after the FDA falsely claimed the Pfizer COVID-19 injection was "APPROVED", when in fact, it was ONLY given an extension of it's "Emergency Use Authorization" (EUA). In fact, NONE of the COVID-19 injections have any long term studies, nor have any of them passed the "Challenge Test" which is the standard for any vaccine approval.

(17) In the 1st week of November 2021, the recklessness of the FDA was exposed when it's spokesman said, "The only way to know if this is safe for kids is to give it to the kids." And, "The only way to find out if this will hurt kids is if we give it to them." And, a spokesperson for Pfizer admits their COVID-19 injections are shedding to unvaccinated people and causing the same blood clots, heart inflammation and ADE that the injected people are experiencing and that the COVID-19 injections are causing the creation of the variants of the virus.

(18) On November 05, 2021, Dr. Peter Mercola, a leading Virologist with over 600 Peer Reviewed Studies, reported the 1st injection of any of the COVID-19 injections will persist with creating the spike protein for (15) months and it becomes a

lifelong event after the 2nd dose.  However, in patents with natural immunity, the spike protein on the virus is eliminated in a week or two.  And that 80% of the deaths attributed to COVID-19 were in people who had at least (1) of the COVID-19 injections.  Dr. Mercola said, "It takes over the bodies genetics and causes the spike protein to be produced by the cells.  The LIPID Nano-Particles in the COVID-19 injections go into the LIPID system, including the heart, brain, overies, testicles, etc.  In many cases, it causes the immune system to attack itself.  They are linked to "Myocarditis", an inflammation of the heart in adults and children.  Giving it to kids is reckless!  It is not clinicly indicated or medically necessary.  There have been over 800,000 cases listed on the Vaccine Adverse  Reaction Reporting Service (VARRS) since COVID-19 injections began, but only 40,000 in the entire time since it was created in 1986, some (36) years ago.

(19) As an Ordained Native American Minister who is recognized as a Medicine-Man, my body is my temple.  As such, I do not put anything into my body that I know to be harmful.  Therefore, I am naturalpathic and do not use "Pharmaceutical Drugs".  I use only God-made natural elements to prevent and cure disease as well as to strengthen my immune system.  However, I am denied those natural elements here in the Bureau of Prisons system.  Therefore, due to my history of severe reactions and injury to vaccines and chemicals containing adjuvants, and with the risk of exposure to the chemicals from the COVID-19 injection "Shedding" from those who have taken them, and the ongoing variant mutations those injections are creating, the risk to further deterioration of my immune system which has been compromised by the adjuvants in the TB injections that were forced upon me, the resporatory and neurological injury I sustained from the attack upon me by an Officer with MK-9 "Tear Gas" out of retaliation and racial hatred of me as well as a hatred of my political views, and my being 61 years of age, this combination of life-threatening conditions were never anticipated at the Sentencing Hearing.

(20) In fact, the sentencing in this matter was manipulated by the Assistant U.S. Attorney who lied by claiming I was never offered a roduced sentence if I plead guilty.  In fact, I was advised by the Assistant Public Defender that I would receive 22 months and would never go to prison, but would be placed on Home Confinement after the time was calculated that I had already served in jail. Also, the Assistant U.S. Attorney falsely claimed I had committed a "violent" felony in 2007 whereby I was charged with aggrivated assault in Tennessee for ordering a thug who had shot at my wife and I and shot and killed our pet wolf-hybrid Brandi as she stood in front of me at our farm, to stop shooting, put his gun down and that he was under arrest. Despite all of my actions against the initial aggressor being supported by Tennessee Law, I was charged and the attacker was never charged despite his admission he was politically motivated to attack me and my family to prevent me from challenging a rigged election in 2006, whereby I had won the race for County Executive for Tipton County Tennessee by a landslide against his friend.  Tennessee Code Annotate, recognizes my right to defend my family and myself, as well as enact an arrest when I witness a felony.  Telling a thug to stop shooting, to drop his gun and that he was under arrest was not a crime nor was it violent.  Now, with the Supreme Court ruling in the Borden Case, though some cowards would call this reckless, the Supreme Court has now deemed those acts by me as not violent, but according to one International Court, my acts were heroic.  Also, now that the underlying charge of unlawful possession of a firearm in Tennessee in 2014 was dismissed and expunged, the Felony Failure to Appear Conviction in Tennessee is VOID due to the absents of any underlying charge.  As such, with a recalculation of the sentence I would be immediately released.  Furthermore, the Assistant U.S. Attorney manipulated the sentencing by seeking an enhancement claiming I had committed "perjury" at trial by testifying.

4.

Given the fact my testimony that I did not posses a weapon in violation of 18USC922(g)(1) and that I had never been convicted of a felony, and due to the definitions Congress made exclusively for 18USC922(g)(1), it would be impossible for me to have been considered to have violated that statute. Specifically, 18USC921(a)(33)(B)(i)(I) requires that one had been convicted of a felony and was represented by counsel or waived his right to counsel. I had never been represented by counsel or waived my right to counsel in the two matters the Assistant U.S. Attorney claimed were prior felony convictions. And, I was not in a "state" as defined by Congress in 18USC921(a)(2), nor was I a "person", as defined by Congress in 18USC921(a)(1) and as such, by definition, I was not to be considered to have been convicted of a felony, in a state, or a person that 18USC922(g)(1) was intended for. And finally, as an Ambassador of a foreign country traveling in my official capacity for their government, I was immune from prosecution or execution by the United States as defined in 18USC1116(b)(2)(3)(4) and as such, "irrespective of recognition by the United States", was also recognized as an "Internationally Protected Person" and immune from prosecution.

(21) Therefore, considering these extraordinary and compelling circumstances related to my compromised medical condition and ongoing risk to the exposure of the COVID-19 virus and the shedding of the chemicals in the COVID-19 injections, the fact that I am actually innocent of the charge and conviction of 18USC922(g)(1), and the fact I have served 66 months of the 84 month sentence, I hereby request your exercising the power vested in your office to ORDER MY IMMEDIATE RELEASE TO HOME CONFINEMENT. Furthermore, under 34USC60541(g)(1)(c), Congress has authorized the Bureau of Prisons to waive the requirements of 18USC3624 for "HOME CONFINEMENT ELIGIBILITY" for the elderly, which now starts at 60 years of age. I am now 61 years old.

(c) My proposed Release Plan is to return to my home at the Parsons Farm, which is 40 miles north of Memphis, near Brighton Tennessee. The mailing address is; P.O. Box 306 Arlington, Tennessee [38002]. The phone is; 901-574-4364.

(d) I will be living with my wife of (34) years and will be helping my mother who is now (83) and living alone in the community.

(e) Due to my naturalpathic religious convictions, I will be using natural elements that I grow on the farm or obtain commercially through private sources. I will not need medical insurance because I do not use Western Medicine.

(f) My access to plenty of fresh air and sunshine at the farm will allow me to recooperate from the effects of the adjuvants in the TB injections and the MK-9 "Tear Gas" spray injury to my lungs.

Respectfully,


Ambassadore Mike Parsons
Tsilhqot'in Nation-Country of Chilcotin
c/o FCC-FORREST CITY LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas [72336]


5.

Ambassador Michael Parsons
Tsilhqot'in Nation-Country of Chilcotin
c/o FOR-LOW, #30237047
P.O. Box 9000
Forrest City, Arkansas 72336

January 04, 2023

2023 JAN -9  A 10: 03

To the attention of the
Clerk of the Court
U.S. District Court for the
Eastern District of Arkansas
600 West Capitol Avenue
Little Rock, Arkansas 72201-3325

TAMMY H DOWNS

RE:   Case No. 2:22-CV-00098-LPR-ERE

Greetings,

Please find the following Petitions and file them for this case.

1.   2nd NOTICE OF OBSTRUCTION OF JUSTICE AND PETITION FOR ORDERS THAT,
     (1) AGENTS OF RESPONDENT CEASE AND DESIST FURTHER OBSTRUCTION, AND THAT
     (2) PETITIONER BE IMMEDIATELY RELEASED TO HOME CONFINEMENT OR RECOGNIZANCE.
     Please file all attachments and exhibits provided in this petition.

2.   My NOTICE OF OBSTRUCTION OF JUSTICE, delivered on 06/08/2022 to the U.S.
     District Court for the Western District of Tennessee at Memphis, (where this
     matter was originally filed) with USPS Tracking #7021 2720 0003 0055 9171.

3.   My EMERGENCY PETITION FOR TEMPORARY RESTRAINING ORDER, MANDATORY INJUNCTION
     AND DECLARATORY RELIEF, delivered on 12/19/2022 to this U.S. District Court
     for the Eastern District of Arkansas, Delta-Division at Little Rock with USPS
     Tracking #7021 2720 0003 0056 1655.

I have stapled these petitions seperately to prevent their being mixed together due
to the 1st listed petition having the other two petitions included in it as exhibits
and this facility not providing paper-clips.

Thank you for your help in this matter.

Respectfully submitted,

ALL RIGHTS RESERVED

Ambassador Michael Parsons