# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL WAYNE PARSONS**                                                                          **PLAINTIFF**

v.                                          Case No. 2:22-CV-98-LPR

**DEWAYNE HENDRIX, WARDEN,**
**FCI-FORREST CITY**                                                                                 **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition (RD) from Magistrate Judge Edie R. Ervin and Mr. Parsons's objections.[1]  After carefully considering the objections, and making a *de novo* review of the RD and the entire record, the Court concludes that the RD should be and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[2]

It is therefore ordered that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.  Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court takes a broad view of the term "objections" here.  Specifically, the Court has treated Docs. 8, 9, 10, 11, 12, and 13 as "objections" and considered them all.

[2] The Court understands the RD's general discussion of Mr. Parsons's challenge to his present incarceration (*see* Doc. 7 at 3–4) as encompassing all of the "counts" in Mr. Parsons's Petition (*see* Doc. 1 at 5–14).  Correspondingly, the Court understands the RD's recommended resolution to similarly apply to all of the "counts" in the Petition.