IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL WAYNE PARSONS**                                                                      **PLAINTIFF**

v.                                  Case No. 2:22-CV-98-LPR

**DEWAYNE HENDRIX, WARDEN,**
**FCI-FORREST CITY**                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE