4/12/2023

TO JUDGE LEE RUDOFSKY
U.S. DISTRICT COURT ARKANSAS
EASTERN DISTRICT
600 W. CAPITOL AVENUE SUITE A-149
LITTLE ROCK, ARKANSAS 72201

RE: 2:22-CV-00098-LPR   Michael Parsons V. Hendrix

GREETINGS JUDGE RUDOFSKY,

ON 01/11/2023 I RECEIVED AN EMAIL FROM A LEGAL ADVISOR OF THE TSILHQOT'IN NATION, INFORMING ME THAT YOU HAD ENTERED AN ORDER IN THIS MATTER TO ADOPT THE RECOMMENDATION OF THE MAGISTRATE, AND DISMISSED IT WITHOUT PREJUDICE.

HOWEVER, I WAS PLACED IN THE SPECIAL HOUSING UNIT (SHU), LATER THAT AFTERNOON FOR REFUSING A TB INJECTION TEST THAT I AM SEVERLY ALLERGIC TO. I BELIEVE I CITED THAT IN MY PETITION IN THIS MATTER AS A BASIS FOR A COURT ORDER FOR MY RELEASE.

NOW SINCE BEING PLACED IN THE SHU, ALL OF MY LEGAL MATERIAL, LEGAL MAIL, AND RESOURCES TO PRODUCE MEANINGFUL LEGAL PETITIONS HAS BEEN SEPERATED FROM ME BY THE SHU LIEUTENANT MRS. C. TAPP. SHE CLAIMS I HAVE TO HAVE A LETTER FROM A JUDGE STATING I HAVE AN "ACTIVE CASE" BEFORE SHE WILL LET ME HAVE ACCESS TO ANY OF MY LEGAL MATERIAL, LEGAL MAIL, LEGAL CALLS, LAW LIBRARY OR EVEN A PEN. (I ONLY HAVE ACCESS TO A PEN 1 HOUR A WEEK AND NO ACCESS TO TYPE) SHE CLAIMS IT IS POLICY, BUT REFUSES TO PROVIDE ANY POLICY TO SUPPORT IT. THEREFORE, BY HER ACTIONS, SHE HAS EFFECTIVELY OBSTRUCTED MY ACCESS TO PETITION THIS, OR ANY OTHER COURT OR EVEN THE TOP.

1 OF 3

ALTHOUGH I REFERED LIEUTENANT TAPP TO BOUNDS V. SMITH (1977) WHEREBY THE SUPREME COURT MANDATED PRISONS PROVIDE INMATES MEANINGFUL ACCESS TO COURT, AND THAT DUE PROCESS MANDATES THAT PRISONERS MUST BE AFFORDED ACCESS TO THE COURT IN ORDER TO CHALLENGE UNLAWFUL CONVICTIONS AND TO SEEK REDRESS FOR VIOLATIONS OF THEIR CONSTITUTIONAL RIGHTS, PROCUNIER V. MARTINEZ (1974) AND REGULATIONS AND PRACTICES THAT UNJUSTIFIABLY OBSTRUCT THE RIGHTS OF ACCESS TO THE COURTS ARE INVALID. IN LIEUTENANT TAPP'S WORLD, THE FACT YOU DISMISSED MY PETITION ALLOWS HER TO PREVENT MY ABILITY TO ACCESS MY LEGAL DOCUMENTS, LAW LIBRARY, A TYPEWRITER, OR EVEN A PEN TO APPEAL THIS MATTER. SHE HAS ALSO DENIED MY RIGHT TO PETITION THE U.S. BANKRUPTSEY COURT IN JACKSON TENNESSEE WHERE I AM A CREDITOR IN A CASE.

JUDGE RUDOFSKY, I AM BEING RETALIATED AGAINST FOR MY REPORTING ABUSE BY BOP STAFF VIA EMAIL TO (10) DIFFERENT LAW FIRMS, AND ALTHOUGH MY E-MAIL CLEARLY ASK FOR "LEGAL ADVISE", THE FORREST CITY LOW (SIS) ACCUSED ME OF ATTEMPTED ESCAPE. BUT THE FACT IS THERE WAS NO ATTEMPT TO ESCAPE AND EVEN THE ASSISTANT U.S. ATTORNEY IN LITTLEROCK REFUSED TO MAKE A CASE WITH THEIR MANIPULATION OF MY EMAIL REPORTING ABUSE AND REQUESTING LEGAL ADVISE.

FOR 86 DAYS, I HAVE BEEN IN THE SHU WITHOUT ACCESS TO MY LEGAL MATERIAL, LEGAL MAIL, LEGAL CALLS OR LEGAL RESOURCES TO CREATE MEANINGFUL LEGAL PETITIONS. I DO NOT EVEN ACCESS TO THE BOP GRIEVANCE SYSTEM DUE TO MY UNIT TEAM WHO REFUSE TO RESPOND TO MY REQUEST, SO THAT SYSTEM IS FUTILE AND OTHERWISE NOT ACCESSABLE IN ANY TIMELY FORM.

2 OF 3

THEREFORE, I RESPECTFULLY REQUEST THAT YOU PROVIDE ME A LETTER ADVISING ALL TJSP STAFF THAT MY RIGHT TO APPEAL THIS MATTER FROM YOUR COURT AND MY RIGHT TO INITIATE ANY OTHER LEGAL ACTION IN ANOTHER COURT IS SUFFICIENT TO JUSTIFY MY ACCESS TO ALL OF MY LEGAL MATERIAL, LEGAL MAIL, LEGAL CALLS (INCLUDING THOSE TO MY WIFE WHO HAS POWER OF ATTORNEY AND ANY OTHER LEGAL ADVISOR, IRREGARDLESS IF THEY ARE AN ATTORNEY) AND ALL OTHER ACCOMODATIONS AVAILABLE TO OTHER INMATES ON THE COMPOUND, INCLUDING THE LAW LIBRARY, TYPEWRITER AND A PEN, WHEREAS THE RULES OF COURT REQUIRE ALL PETITIONS BE TYPED OR NEATLY WRITTEN IN INK, AND SINCE MY HANDWRITING NECESSITATES, MY BEING PROVIDED ACCESS TO A TYPEWRITER DAILY AS NEEDED T- PRODUCE LEGIBLE DOCUMENTS. IS REQUIRED.

RESPECTFULLY,

V.C... ALIOKITO REDMO,

AMBASSADOR MIKE PARSONS
TSILHQOT'IN NATION - COUNTRY OF CHILCOTIN
c/o FORREST CITY LOW, #J0237047
P.O. BOX 9000
FORREST CITY, ARKANSAS 72336

* SEE ATTACHMENT. (E-MAIL)

303

TRULINCS 30237047 - PARSONS, MICHAEL WAYNE - Unit: FOR-H-C

---

FROM: 30237047
TO: Aboriginal Legal Se, Alst; Action Coalition, Liberty; Affairs, Consular; Boyd, Dorothy; Boyer, William; Davis, Erin; Gomez, Connie; Grodon, Jeremy; Hallbrook, Stephen; Holland, Cj; Marsha Blackburn, Us Senator; Parsons, Pat; Post Conviction Cnt, Universal; Summey, Angie; Warner, Brad; Webster, Clete
SUBJECT: 02/18/2023 BOP TB shot has destroyed my immunity!
DATE: 02/18/2023 01:15:41 PM

On 02/09/2023 I was forcibly injected against my will and without my consent with an unknown chemical by a woman who was wearing a U.S. Navy flight suit with a Lt. Col emblem on it. She claimed to be a nurse practitioner. She ignored my advising her of my medical history of severe allergic reactions to the MMR shot in 1969 and the doctors specializing in immunology and allergist who did 6 months of test on me then determining I was (1) vaccine injured, (2) allergic to all vaccines, the adjuvants used in vaccines and test like to TB injection and all chemicals, and (3) they advised that I should not have any more injections of any king for the rest of my live, thereby they deemed they were medically contraindicated.

She also ignored that after I explained to Doctor OBI, the only clinician here I had consulted with on 01/23/2023, who after I advised her of this medical history, including the fact that, although they did not directly document it in my medical file, I had suffered severe flu symptoms, pneumonia, chronic fatigue, dizziness and memory loss when the TB injection was forced on me in Memphis in 2019 and almost died. And again, all of those symptoms except pneumonia were experienced here after they forcibly injected me in 2021. And that when I was in the Tennessee Department of Corrections in 2014 in Bledsoe County Tennessee, just north of Chattanooga, they did not give me the TB injection but instead did one of the non-invasive alternatives. At that time, Doctor Obi instructed Nurse Cook that I was NOT TO HAVE ANY TB INJECTION, but to do one of the alternatives. Nurse Cook said they did not have them, but I responded it was just a matter of ordering one from the pharmacy you order all of the other drugs that are not stored here. However, she stated Doctor Obi was not a BOP staff member but a contractor and her opinion did not matter. I reminded her that if Doctor Obi can order prescriptions and admit patients to the hospital, she can recognize a pre-existing medical condition that is unique and one which doctors specializing in immunology and allergist have already determined that all injections of vaccines, adjuvants or chemicals were medically contraindicated for me. She ignored this. She also ignored my advising I was an Ordained Native American Minister and that it was against my religion to do anything that would destroy my body, which my temple through which I do my ministry. She refused to tell me her name and had no visible name tag. She took a syringe from a package that was not sealed and already had a clear liquid in it. I said I have no contract with your corporation, I am an Ambassador of a foreign nation and posses diplomatic immunity, to which you have no immunity from prosecution for what can be argued as attempted murder of a foreign official under the International law, Treaty, U.S. Code or U.C.M.J. I said I do not consent to this and that they are supposed to use a new-unopened syringe and show me what they are injecting me with. She ignored me and as a 6-man goon squad who had shackled me, held me in a chair, she injected the unknown liquid into my right forearm.

Now, after 37 days in the SHU, 30 of which were in solitary confinement, with no heats, no hot water, no outside recreation to get fresh air for 36 days and the window being frosted over to prevent my ability to see outside in a distance to prevent claustrophobia, now since being forcibly injected here on 02/09/2023 I have experienced severe headaches, memory issues and full blow flu symptoms, including fever and body aches.

They are either guilty of malpractice or intentional attempted murder of a foreign official. Remember, the constitution, treaty, international law and their own 18USC1116(b)(2)(3)(4) recognizes that irrespective of recognition of my status by the united states, I am to be viewed and protected as an internationally protected person.

Please pray for me and if you have any contact with a court that can that can issue a an order for my release please advise. If you know of any law firm that does these types of cases please advise.
God Bless,

PS, Perhaps someone at the Bureau of Personnel in Millington Tennessee can determine who that U.S. Navy Nurse practitioner was that assaulted me. I bet they would like to know when their staff are engaging in criminal activity.